JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LICON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS USA, INC., a Foreign Corporation; and HOWARD DEN HARTOG; an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-04651-AB (JEMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

1

Pursuant to the Stipulation for Dismissal with Prejudice of Entire Action ("Stipulation"), (Dkt. No. 17), this entire action is hereby **DISMISSED WITH PREJUDICE**, and each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 5, 2022

Hon. André Birotte Jr.
United States District Judge